Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★   ★   ★                                                                    ★   ★   ★

# MEMORANDUM OPINION

No. 04-09-00263-CR

Jose Felix **MARTINEZ-GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 254303
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  June 3, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.  The

motion is granted and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH